Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

| | |
|---|---|
| **Offender Name:** | MATTHEW EDWARD SULLIVAN |
| **Docket Numbers:** | 1:06CR00282-01<br>1:06CR00232-01 |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 10/23/2006 |
| **Original Offense:** | 1:06CR00282-01: 18 USC 2113(a), Bank Robbery (CLASS C FELONY)<br><br>1:06CR00232-01: 18 USC 2113(a), Credit Union Robbery (CLASS C FELONY) |
| **Original Sentence:** | 1:06CR00282-01: 57 months Bureau of Prisons (concurrent to Case No. 1:06CR00232-01), 36 months supervised release, $100 special assessment, $825 restitution, mandatory drug testing.<br><br>1:06CR00232-01: 57 months Bureau of Prisons, 36 months supervised release, $100 special assessment; mandatory drug testing. |
| **Special Conditions:** | 1) Search; 2) No dissipation of assets; 3) Financial disclosure; 4) Financial restrictions; 5) Drug/alcohol treatment; 6) Drug/alcohol testing; 7) No alcohol; 8) Mental health treatment; 9) Aftercare co-payment. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 11/23/2010 |

RE:     **Matthew Edward SULLIVAN**
        **Docket Numbers :     1:06CR00282-01 & 1:06CR00232-01**
        <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
        <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

| | | | |
|---|---|---|---|
| **Assistant U.S. Attorney:** | Dawrence W. Rice Jr. | **Telephone:** | (559) 497-4000 |
| **Defense Attorney:** | Francine Zepeda | **Telephone:** | (559) 487-5561 |

**Other Court Action:**

<u>11/17/2010</u>            Probation Form 12B, Petition to modify the Conditions or Term of Supervision with Consent of the Offender submitted to Court alleging the Offender was absent a suitable residence for release, was not employed, and lacked ties to the area. The Court modified supervision conditions to include a Residential Reentry Center (RRC) placement for up to 90 days.

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The defendant shall reside and participate in a residential re-entry center, Turning Point of Central California, for a period of up to 120 days; said placement shall commence at the direction of the probation officer pursuant to 18 USC 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** On November 23, 2010, the offender was released from the custody of the Bureau of Prisons. He found himself without employment or a suitable residence for release, therefore a Probation Form 12B was filed and the Court granted him an additional 90 days at Turning Point RRC to establish a successful release plan. On January 18, 2011, after discussions and planning with this officer, the offender enrolled in the residential drug program, Teen Challenge, located in Shafter, California. On January 28, 2011, the offender met with this officer at the probation office, as he had left the Teen Challenge program. This officer provided him with the option of returning to Turning Point RRC on the previous "public law" commitment, but he declined, instead opting to make his

RE:     **Matthew Edward SULLIVAN**
        **Docket Numbers :     1:06CR00282-01 & 1:06CR00232-01**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

own accommodations. This officer ordered the offender to report every Monday and Friday until stable housing was secured. On February 2, 2011, the offender verbally admitted to using methamphetamine and agreed to return to Turning Point RRC, which commenced that day.

Since the offender's return to Turning Point RRC this officer and the offender have worked toward stabilizing his erratic behavior and treating his substance abuse problems by referring him to a psychiatric evaluation, psychotropic medication, mental health counseling, and moral reconation treatment. Once stabilized, it is the hope that employment and housing can successfully be addressed.

The offender plans to stay in Fresno, but has no family ties in the area with whom he can seek assistance or shelter. He is in need of continued placement at the RRC until he can develop a suitable release plan. The offender is in agreement with this plan and has signed a Waiver of Hearing to Modify Conditions of Supervised Release.

Respectfully submitted,

/s/ Adam E. Tunison

**ADAM E. TUNISON**
**United States Probation Officer**
Telephone:  (559) 499-5712

DATED:     February 28, 2011
           Fresno, California
           AET


**REVIEWED BY:**     __/s/ Hubert J. Alvarez__
                     HUBERT J. ALVAREZ
                     Supervising United States Probation Officer

RE:  Matthew Edward SULLIVAN
     Docket Numbers :   1:06CR00282-01 & 1:06CR00232-01
     **PETITION TO MODIFY THE CONDITIONS OR TERM**
     **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( **X** )  Modification approved as recommended.

(   )  Modification not approved at this time.  Probation Officer to contact Court.

(   )  Other:


cc:   United States Probation
      Assistant United States Attorney
      Assistant Federal Defender
      Defendant
      Court File

IT IS SO ORDERED.

Dated:   March 4, 2011                                    _____
                                                          CHIEF UNITED STATES DISTRICT JUDGE